995 A.2d 874

**GENTEX CORPORATION and Gallagher Bassett Services**

v.

**WORKERS' COMPENSATION APPEAL BOARD (MORACK),**

**Petition of Ann Marie Morack.**

Supreme Court of Pennsylvania.

June 1, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 1st day of June, 2010, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

What constitutes sufficient notice, including how specific the description of the injury must be, under Section 312 of the Workers' Compensation Act. 77 P.S. § 632. In addressing this issue, the parties are also to address if, and when, the burden shifts to the employer to conduct a reasonable investigation into the circumstances surrounding the injury.

The Petition for Entry of Supersedeas is hereby **DENIED.**